IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BRYAN G. DIAZ-DE JESUS,**<br><br>Defendant | **CRIMINAL NO. 19-566 (FAB)** |

**MOTION TO RESTRICT DOCUMENT ACCESS**

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

1. The motion filed by the United States on this day contains pleadings that are self-explanatory, related to the above captioned case.

2. The United States respectfully requests that the pleading be accepted by the Court for filing and appropriate disposition and that it remains restricted due to the sensitive information contain in it.

**WHEREFORE**, the United States respectfully prays the Court to accept the instant motion in order to justify the restricted access of the motion filed requesting delayed production.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5th day of May, 2020.

W. STEPHEN MULDROW
United States Attorney

*s/ María L. Montañez-Concepción*
**María L. Montañez-Concepción**
Assistant United States Attorney
U.S.D.C. No. 228301
350 Chardon Avenue
Torre Chardon, Suite 1201

1

Hato Rey, Puerto Rico, 00918
Tel: 787-766-5656
Fax: 787-771-4050
Email: Maria.L.Montanez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ María L. Montañez-Concepción*
**María L. Montañez-Concepción**
Assistant United States Attorney