**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

THE UNITED STATES OF AMERICA,
    Plaintiff,

       v.           Criminal No. 19-566 (FAB)

BRYAN G. DIAZ DE JESUS
    Defendant.

## JOINT INFORMATIVE MOTION

**TO THE HONORABLE FRANCISCO A. BESOSA**
**UNITED STATES DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

    **COMES NOW,** the appearing defendant, *Bryan G. Diaz de Jesus,* represented by the undersigned attorney, and the Government of the United States represented by AUSA Maria Montañez, very respectfully states and prays as follows:

1. On January 29, 2021 a Motion to Continue the Sentencing Hearing was granted, and the Honorable Court ordered the parties to "file a joint motion informing the Court as to the status of the negotiations on the matter of the drug quantity determination" no later than March 1, 2021 (*See*, Docket No. 44).

2. The parties inform that the defense has submitted a proposal for the drug quantity stipulation and the government is assessing the information provided.

3. Moreover, the parties request twenty days to conclude negotiations on the matter of the drug quantity determination.

    **WHEREFORE,** it is respectfully request that this Honorable Court take notice of the information provided in the present joint informative motion.

    **RESPECTFULLY SUBMITTTED,** In San Juan, Puerto Rico, this 1st day of March 2021.

    **CERTIFICATION** I hereby certify having filed this motion through the court's CM/ECF filing system that will notify all parties and counsel of record in this case.

**/S/<u>Wilfredo Díaz Narváez</u>**
**Wilfredo Díaz-Narváez, Esq.**
USDC-PR 215211
PO Box 31270
San Juan, PR 00929-2270
787-759-7269
Fax: 787-753-4598
attwdn@hotmail.com