IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, vs. **BRYAN G. DIAZ-DE JESUS,** Defendants. | **CRIMINAL NO. 19-566 (FAB)** |

## JOINT INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, through its attorneys, and defendant Bryan G. Diaz De Jesus through his counsel Wilfredo Diaz-Narvaez, and very respectfully state and pray as follows:

1. On March 23, 2021, this Honorable Court granted the parties until today to inform of the status of the negotiations regarding the drug quantity. *See* ECF No. 48.

2. No stipulation regarding the drug quantity has been reached in this case.

3. Discovery had been provided earlier in the case to the USPO, but today in an abundance of caution the undersigned provided again to the Probation Officer and defense counsel all laboratory reports.

4. Since there is no stipulation as to the drug quantity in the case, once the Pre-sentence report is prepared, each party will present arguments in support of sentencing.

**WHEREFORE**, the parties respectfully request that the Court take note of this informative motion.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 9th day of April, 2021.

W. STEPHEN MULDROW
United States Attorney

*s/María L. Montañez Concepción*
María L. Montañez Concepción
Assistant U.S. Attorney
USDC #228301
Torre Chardon, Suite 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
T. 787-766-5656

**s/Wilfredo Díaz Narváez**
**Wilfredo Díaz-Narváez, Esq.**
USDC-PR 215211
PO Box 31270 San Juan, PR 00929-2270
787-759-7269
Fax: 787-753-4598
attwdn@hotmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ María L. Montañez-Concepción*
**María L. Montañez-Concepción**
Assistant United States Attorney