IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **BRYANT GILBERT DIAZ-DE JESUS,** Defendant. | **CRIMINAL NO. 19-566 (FAB)** |

## MOTION TO RESTRICT DOCUMENT ACCESS

TO THE HONORABLE COURT:

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

The motion filed by the United States on today's date contains pleadings that are self-explanatory, related to the above captioned case.

**WHEREFORE**, the United States respectfully prays the Court to accept the instant motion in order to justify the restricted access of the motion filed.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 21st day of June 2021.

**W. STEPHEN MULDROW**
United States Attorney

*s/María L. Montañez-Concepción*
**María L. Montañez-Concepción**
Assistant United States Attorney
U.S.D.C. No. 228301
350 Chardon Avenue

Torre Chardon, Suite 1201
Hato Rey, Puerto Rico, 00918
Tel: 787-766-5656
Fax: 787-771-4050
Email: Maria.L.Montanez@usdoj.gov
Hato Rey, Puerto Rico, 00918
Tel: 787-766-5656
Fax: 787-771-4050
Email: Maria.L.Montanez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/ María L. Montañez-Concepción*
**María L. Montañez-Concepción**
Assistant United States Attorney